**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOAN WAMBUGU, | ) | |
| | ) | |
| Plaintiff, | ) | 2:25-cv-00959-CB |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | |
| FOX CHAPEL OPERATIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Defendant's Motion to Dismiss (Doc. 18) will be denied. Plaintiff brings this Title VII case against her former employer, alleging discrimination based on race, national origin (Kenya) and retaliation. 2d Am. Compl. (Doc. 17). Defendant argues that certain of the aggrieved conduct is time-barred. Its briefing concedes, however, that Plaintiff was disciplined – and then terminated – within the limitations period. Doc. 19 at 7. The alleged prior-acts of discrimination may be "relevant background evidence" regarding her timely claims,[1] and Defendant's argument lacks merit.

Defendant next argues that Plaintiff has failed to allege facts supporting her claims of discrimination, and that they merely reflect her subjective beliefs regarding the same. Doc. 19 at 9-13. Not so. Plaintiff's allegation regarding a supervisor's reference to "pulling cards" (i.e., the race card) supports a reasonable inference of discrimination; and Plaintiff's allegations, on the whole, easily support a finding of plausibility.

---

[1] Stewart v. Rutgers Univ., 120 F.3d 426, 433 (3d Cir. 1997) (citations to quoted and other sources omitted, here and hereafter).

The same holds true regarding retaliation.  The temporal proximity between Plaintiff's complaints and her termination, which defense counsel characterizes as "not unusually suggestive," are enough so to support a plausible claim.  That, coupled with Plaintiff's other allegations, clear the low bar presented by Rule 12(b).

Defendant's Motion to Dismiss (**Doc. 18**) is **DENIED**, and its deadline to answer is **July 6, 2026**.  Fed. R. Civ. P. 12(a)(4)(A).

IT IS SO ORDERED.


June 22, 2026                                        s/Cathy Bissoon                              
                                                    Cathy Bissoon
                                                    Chief United States District Judge


cc (via ECF email notification):

All Counsel of Record